UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
COLONY INSURANCE COMPANY,

                Plaintiff,                Civil Case No.: 1:25-cv-03426-AT

    v.                                 **STIPULATION OF**
                                           **DISCONTINUANCE**

UNITED SPECIALTY INSURANCE COMPANY
AND ANGEL D. LAUREANO,

                Defendants.
-------------------------------------------------------------X

The undersigned representing parties who have appeared in the above-captioned action hereby stipulate and agree that pursuant to FCRP 41(a)(1)(A)(ii), this action in all respects be discontinued without prejudice as to UNITED SPECIALTY INSURANCE COMPANY and ANGEL D. LAUREANO and this Stipulation may be filed with the Court. It is further stipulated and agreed, that this Stipulation may be filed with the Court without further notice.

Dated: New York, New York
          June 25, 2025

LONDON FISCHER LLP

By: _____
William J. Edwins
Attorneys for Plaintiff
Colony Insurance Company
59 Maiden Lane, 39th Floor
New York, New York 10038
(212) 972-1000
LF File No.: 417.0567286

ROBERT A. CARDALI & ASSOCIATES LLP

By: _____
Jorge T. Roman
Attorneys for Defendant
Angel D. Laureano

FLEISCHNER POTASH LLP

By: _____
Jennifer F. Mindlin
Attorneys for Defendant
United Specialty Insurance Company
1527 Franklin Ave, Suite 200
Mineola, New York 11501
(646) 520-4200

39 Broadway, 35th Floor
New York, New York 10006
(212) 964-3855

4917-3272-3013, v. 1